FILED
CLERK, U.S. DISTRICT COURT
JUL - 7 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>MICHAEL LEWIS SIMS<br><br>   Defendant. | Case No.: MJ 10-1622<br><br>ORDER OF DETENTION<br><br>[Fed. R. Cim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Western District of Washington</u> for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

   The Court finds that:

A.   (✓) The defendant has not met his/her burden of established by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on <u>nature of the alleged offenses;</u> <u>insufficient bail resources</u>

_____

_____

   and/or

B. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _extensive criminal record; alleged offense occurred while on supervised release_

IT IS THEREFORE ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: July 7, 2010

_Alicia G. Rosenberg_
ALICIA G. ROSENBERG
United States Magistrate Judge